IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOME TO COMMUNITY LIVING, INC.,                          PLAINTIFF
on behalf of itself and all other similarly
situated

v.                  CASE NO. 4:19-CV-00368 BSM

ARK. DEPT. Of HUMAN SERVICES, et al.                      DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss this lawsuit [Doc. No. 41] is granted. This lawsuit is dismissed without prejudice with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED this 25th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE