IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HOME TO COMMUNITY LIVING, INC.,**  **PLAINTIFF**
on behalf of itself and all other similarly
situated

v.    CASE NO. 4:19-CV-00368 BSM

**ARK. DEPT. Of HUMAN SERVICES, et al.**  **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of July 2019.

_____
UNITED STATES DISTRICT JUDGE